# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA PANAMA CITY DIVISION

GLENN COLEMAN,

    Plaintiff,

v.                                          CASE NO.  5:05cv27-RH/WCS

BHUPENDRA B. VAGHMAR,
etc.,

    Defendant.

_____/

## ORDER DENYING SUMMARY JUDGMENT MOTION

This matter is before the court on the magistrate judge's report and recommendation (document 40), and the objections thereto (document 45). I have reviewed de novo the issues raised by the objections. Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the opinion of the court. Defendant's motion for summary judgment (documents 9 and 10) is DENIED. This matter is remanded to the magistrate judge for further proceedings.

SO ORDERED this 19th day of October, 2005.

                                                  s/Robert L. Hinkle
                                                  Chief United States District Judge