*FLN (Rev. 4/2004) Deficiency Order*                                                                           *Page 1 of 1*

*5:05cv27-RH/WCS - GLENN COLEMAN, vs. BHUPENDRA B. VAGHMAR,*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

GLENN COLEMAN,


        vs                                                      Case No.5:05cv27-RH/WCS


BHUPENDRA B. VAGHMAR,

_____

## ORDER

Your document, **DEFENDANT'S RESPONSE TO PLAINTIFFS' REQUEST FOR PRODUCTION TO DEFENDANT; DEFENDANT'S ANSWERS TO FIRST SET OF INTERROGATORIES TO DEFENDANT; DEFENDANT'S ANSWERS TO PLAINTIFF'S FIRST INTERROGATORIES**, was referred to the undersigned with the following deficiencies:

> The document does not conform to N.D. Fla. Loc. R. 26.2(A) regarding the submission of discovery.

For these reasons, IT IS ORDERED that the document shall be returned to you without filing.  Defendant was specifically ordered not to file responses with the court.  Doc. 42, p. 4, Para. 2.

DONE and ORDERED this 20th day of October, 2005.


                                   /s William C. Sherrill
                                   UNITED STATES MAGISTRATE JUDGE