IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**GLENN COLEMAN,**

    Plaintiff,

vs.                       Case No. 5:05cv27-RH/WCS

**BHUPENDRA B. VAGHMAR,**
an individual, d/b/a
**BEST WESTERN TIVOLI INN,**

    Defendant.

_____/

## REPORT AND RECOMMENDATION

The parties have filed a joint notice of voluntary dismissal with prejudice. Doc. 66. In addition, the joint notice indicates the parties have also resolved the issue of the motion for sanctions which was just recently ruled on in an order entered on December 2, 2005, doc. 65. As the parties have amicably settled the issues raised in this case, it is **RECOMMENDED** that the stipulation of dismissal with prejudice, filed pursuant to FED. R. CIV. P. 41(a)(ii), doc. 66, be **ACCEPTED** with judgment entered and the Court retaining jurisdiction for enforcement purposes only.

    **IN CHAMBERS** at Tallahassee, Florida, on December 5, 2005.

                                  s/     William C. Sherrill, Jr.
                                  **WILLIAM C. SHERRILL, JR.**
                                  **UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 10 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**

Case No. 5:05cv27-RH/WCS